United States District Court
Southern District of Texas
**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN TRUCKING and TRANSPORTATION INSURANCE CO. | § § § | |
| VS | § § | CIVIL ACTION NO. H-23-252 |
| WALMART TRANSPORTATION, LLC | § § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal without Prejudice filed on April 13, 2023 (Doc. No. 10), this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this ___19th___ day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE